No. 163. RAILWAY EXPRESS AGENCY, INC. *v.* VIRGINIA. Appeal from the Supreme Court of Appeals of Virginia. Probable jurisdiction noted. *J. H. Mooers, Thomas B. Gay* and *William H. Waldrop, Jr.* for appellant. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, *Frederick T. Gray,* Assistant Attorney General, and *Henry T. Wickham* for appellee.

No. 117. FEDERAL COMMUNICATIONS COMMISSION *v.* AMERICAN BROADCASTING CO., INC.;

No. 118. FEDERAL COMMUNICATIONS COMMISSION *v.* NATIONAL BROADCASTING CO., INC.; and

No. 119. FEDERAL COMMUNICATIONS COMMISSION *v.* COLUMBIA BROADCASTING SYSTEM, INC. Appeals from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Benedict P. Cottone, Richard A. Solomon, J. Roger Wollenberg* and *Daniel R. Ohlbaum* for appellant. *Alfred McCormack* and *George B. Turner* for appellee in No. 117; *Paul W. Williams* for appellee in No. 118; and *Max Freund* and *Stanley M. Silverberg* for appellee in No. 119. Reported below: 110 F. Supp. 374.

No. 128. COUNTY BOARD OF ARLINGTON COUNTY ET AL. *v.* STATE MILK COMMISSION. Appeal from the Supreme Court of Appeals of Virginia. Probable jurisdiction noted. *Malcolm D. Miller* for appellants. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, *Thomas M. Miller,* Assistant Attorney General, and *Roger J. Whiteford,* Special Assistant to the Attorney General, for appellee.